479 A.2d 1138

Weitzel v. Weitzel, Appellant.

Petition for Allowance of Appeal
Denied Jan. 17, 1985.

Submitted May 4, 1984. William R. Bernhart, for appellant; Stephen G. Welz, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Order affirmed.

July 24, 1984.

479 A.2d 1138

Commonwealth v. Powell, Appellant.

Submitted May 24, 1984. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Affirmed.